UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**Carlos NUNO-Perez,**<br><br>Defendant | Magistrate Docket No. **08 MJ 2400**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

FILED
08 AUG -4 AM 10:12
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

The undersigned complainant, being duly sworn, states:

On or about **August 1, 2008** within the Southern District of California, defendant, **Carlos NUNO-Perez**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **4th** DAY OF **AUGUST, 2008**

Ruben B. Brooks
UNITED STATES MAGISTRATE JUDGE

DOA 8/1/08 ECL

CONTINUATION OF COMPLAINT:
Carlos NUNO-Perez

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On July 31, 2008, Border Patrol Agent R. Rosas was performing his assigned duties in the Pine Valley Station area of operations. At approximately 11:00 p.m., Agent Roses responded to a scope sighting of eleven individuals south of Forrest Gate Road in Campo, CA. This area is located approximately eight miles east of the Tecate, California Port of Entry and one mile north of the United States/Mexico Boundary.

Upon arriving in the area, Agent Rosas discovered fresh footprints and followed them until he observed eleven individuals attempting to conceal themselves in the thick brush. Two individuals absconded and were not apprehended. Agent Rosas approached the remaining nine individuals, including one later identified as the defendant Carlos NUNO-Perez, and identified himself as a Border Patrol Agent and performed an immigration inspection. All nine individuals, including the defendant, admitted to having entered the United States without inspection, and that they are citizens and nationals of Mexico. They also stated that they were not in possession of immigration documents that would allow them to enter or remain in the United States legally. On August 1, 2008, at approximately 12:40 a.m., Agent Rosas arrested all nine individuals, including the defendant, and they were transported to the Pine Valley Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on June 20, 2008 through San Ysidro, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was given his Miranda rights and he stated that he understood said rights and was willing to answer questions without the presence of his attorney. The defendant stated that he is a citizen and national of Mexico without proper immigration documentation to enter or remain in the United States.

Executed on August 2, 2008 at 10:00 AM.

Tomas M. Jimenez
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on August 1, 2008, in violation of Title 8, United States Code, Section 1326.

Anthony J. Battaglia
United States Magistrate Judge

Date/Time